The order of the Commonwealth Court is thus **VACATED,** and the matter is **REMANDED** for reconsideration.

**COUNTY OF LANCASTER, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF COMMUNITY AND ECONOMIC DEVELOPMENT and Dennis Yablonsky, Secretary of the Department of Community and Economic Development, Appellees,**

**Redevelopment Authority of the City of Lancaster, Penn Square Partners, April M. Koppenhaver, Intervenors.**

Supreme Court of Pennsylvania.

Aug. 22, 2007.

### *ORDER*

PER CURIAM.

The Motion to Dismiss Appeal for Failure to File Post–Trial Motions and Motion to Quash Appellant's Brief in Part filed by Penn Square Partners are denied. The Motion to Dismiss Appeal for Failure to File Post–Trial Motions filed by Redevelopment Authority of The City of Lancaster is denied. The Order of the Commonwealth Court is affirmed.